UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WILLIAM BURROW and OMA LOUISE
BURROW,

      Plaintiffs,

      v.

FORJAS TAURUS S.A. and BRAZTECH
INTERNATIONAL, L.C.,

      Defendants.
_____/

Case No.: 1:16-cv-21606- JLK

**Class Action**

## JOINT STATUS REPORT

Plaintiffs, William Burrow and Oma Louise Burrow, and Defendants, Forjas Taurus, S.A. and Braztech International, L.C., have conferred and advise the Court that the parties are available to conduct a special set trial in this matter beginning on the following dates pursuant to the Court's January 19, 2017 Order (Dkt. 28):

- February 19, 2018;
- March 12, 2018; or
- April 9, 2018.

Respectfully submitted,

/s/ Andrew F. Knopf
Andrew F. Knopf (FBN 658871)
Shane A. Newlands (FBN 116908)
KNOPF BIGGER
1560 N. Orange Ave.
Suite 220
Winter Park, Florida 32789
Andrew@knopfbigger.com
Shane@knopfbigger.com
(407) 622-2111– Phone
(407) 622-2112 – Fax

Sam David Knight (FBN 637319)
W. Percy Badham III (ASB-2147-D51W)
Brannon J. Buck (ASB-5848-K56B)
(*Admitted Pro Hac Vice*)
BADHAM & BUCK, LLC
2001 Park Place North, Suite 500
Birmingham, Alabama 35203
sdknight@badhambuck.com

pbadham@badhambuck.com

bbuck@badhambuck.com

(205) 521-0036 – Phone
(205) 521-0037 – Fax

Alan K. Bellenger (ASB-2884-L74B)
Vincent Swiney (ASB-3672-J52S)
(*Admitted Pro Hac Vice*)
SWINEY & BELLENGER, LLC
2910 Linden Ave., Suite 201
Homewood, Alabama 35209
akb@sblaw.net
jvs@sblaw.net
(205) 588-4652 – Phone
(205) 224-5683 – Fax

Gregory A. Brockwell (ASB-9949-R49B)
(*Admitted Pro Hac Vice*)
BROCKWELL SMITH LLC
420 20th Street North, Suite 2000
Birmingham, Alabama 35203
greg@brockwellsmith.com
(205) 800-8500 – Phone
(205) 928-8110 – Fax
*Attorneys for Plaintiff*

/s/ John P. Marino
John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen W. Bracken (FBN 092136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
jmarino@sgrlaw.com
ltrowell@sgrlaw.com
kbracken@sgrlaw.com
(904) 598-6100 – Phone
(904)598-6300 – Fax

and

Timothy A. Bumann (*Admitted Pro Hac Vice*)
Georgia Bar No. 094535
John F. Weeks IV (*Admitted Pro Hac Vice*)
Georgia Bar No. 335528
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree St, NE, Suite 3100
Atlanta, Georgia 30309
tbumann@sgrlaw.com
jweeks@sgrlaw.com
(404) 815-3500 – Phone
(404) 815-3900 – Fax

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2017, the foregoing document was served on the counsel of record as indicated below on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system.

**SERVICE LIST**

ANDREW F. KNOPF
SHANE A. NEWLANDS
**KNOPF BIGGER**
1560 N. Orange Ave.
Suite 220
Winter Park, FL 32789
Tel:    407.622.2111
Fax:    407.622.2112
Primary Email: Andrew@knopfbigger.com
Secondary Email: burton@knopfbigger.com

SAM DAVID KNIGHT
**BADHAM & BUCK, LLC**
2001 Park Place North, Suite 500
Birmingham, AL 35203
Tel:  205.521.0036
Fax:  205.521.0037
Primary Email:  sdknight@badhambuck.com
Secondary Email:  kmiller@badhambuck.com

GREGORY A. BROCKWELL
**LEITMAN, SIEGAL & PAYNE, P.C.**
420 20th Street North, Suite 2000
Birmingham, AL 35203
Tel:  205.251.5900
Email:  gbrockwell@lsppc.com

W. PERCY BADHAM III
BRANNON J. BUCK
**BADHAM & BUCK, LLC**
2001 Park Place North, Suite 500
Birmingham, AL 35203
Tel:  205.521.0036
Fax:  205.521.0037
Email: pbadham@badhambuck.com
Email: bbuck@badhambuck.com

ALAN K. BELLENGER
VINCENT SWINEY
**SWINEY & BELLENGER, LLC**
2910 Linden Ave., Suite 201
Homewood, AL 35209
Tel:  205.588.4652
Fax:  205.224.5683
Email:  akb@sblaw.net
Email:  jvs@sblaw.net

*/s/ John P. Marino*
Attorney